ney General, for respondent.

No. 378, Misc. DALEY v. NEW JERSEY. Sup. Ct. N. J.

No. 458, Misc. TRACY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Petitioner pro se. James F. Sullivan for respondent.

No. 507, Misc. McGREGOR v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner pro se. Malvina H. Guggenheim for respondent.

No. 547, Misc. SHERRICK v. ARIZONA. Sup. Ct. Ariz. Petitioner pro se. Darrell F. Smith, Attorney General of Arizona, and Philip M. Haggerty, Assistant Attorney General, for respondent.

No. 557, Misc. PISCITELLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner pro se. Alan F. Leibowitz for respondent.

No. 564, Misc. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Robert L. Montague III for petitioner. Solicitor General Marshall, Assistant Attorney General Vinson and Beatrice Rosenberg for the United States.

No. 584, Misc. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner pro se. Malvina H. Guggenheim for respondent.

No. 590, Misc. ORDOG v. NEW JERSEY; and

No. 631, Misc. RUSH v. NEW JERSEY. Sup. Ct. N. J. Petitioners pro se. Norman Heine for respondent in both cases. Reported below: 45 N. J. 347, 212 A. 2d 370.

No. 675, Misc. WARD v. ILLINOIS. Sup. Ct. Ill.

No. 619, Misc. MORRIS v. WEST VIRGINIA. Sup. Ct. App. W. Va. George A. Daugherty and Mose E. Boiar-